**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

| | |
|---|---|
| In Re: Devorah R Ritchie | Case No.: 10–13810 AJ 7 |
| Debtor(s) | Chapter: 7 |

**CLERK'S NOTICE OF UNITED STATES TRUSTEE'S STATEMENT**
**THAT NO PRESUMPTION**
**OF ABUSE HAS ARISEN UNDER 11 U.S.C. §§ 707(b)(2)**

      Documents initially submitted by the debtor indicated that a presumption of abuse under 11 U.S.C. §§ 707(b)(2) had arisen in connection with the above−captioned case. Notice is hereby given that the United States Trustee, after reviewing all materials filed by the debtor, has filed a statement with the court indicating that no presumption of abuse has arisen under 11 U.S.C. §§ 707(b)(2).

Dated: 12/20/10

For the Court:

Gloria L. Franklin
Clerk of Court
United States Bankruptcy Court